Keith Thompson
50-14 Broadway, Apt. 4D
Woodside, N.Y., 11377
(347)-359-2663



August 18, 2014

Magistrate Judge Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York, 10007

Re: Thompson v. Merey
Case No. 14 CV 6509

Dear Magistrate Schofield:

I am the plantiff in the above titled action, who humbly request that you excercise some of your judical auroity in helping plantiff serve the defendant in the above titled action, via the U.S. Marshalls office in serving the defendant for me, because it is impossible for plaintiff to have the defendant served, due to the fact it is a N.Y.C. Police officer, who changes locations

(2)

from time to time.

Plantiff humbly request honor that you grant an order for the U.S. Marshalls to serve the defendant for plantiff in this Action.

Thank you very much in Advance.

Respectfully Submitted
Keith Thompson (plantiff, pro-se)

50-14 Broadway, apt. 4D
Woodside, N.Y., 11377

(347-359-2663

Keith Thompson

HECTOR C. MONDESI
Notary Public, State of New York
No. 01MO6212939
Qualified in Kings County
Commission Expires October 26, 20 17

8/16/14