UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __9/18/14__
```

---------------------------------------------------------

Keith Thompson

                             Plaintiff

         -against-

Police Officer Merey

                             Defendant

INDEX NO. 14 CV 6509

---------------------------------------------------------

### PROOF OF SERVICE

    I, Giovanni Pelaez, being duly sworn, depose and say: I am not a party to the action; I am over 18 years of age; I am a licensed Process Server; and reside in the City and State of New York.

    On September 12, 2014 at 2:55pm, I personally served defendant, NYPD Officer Merey, with a Summons and Complaint of the above index number by leaving said documents with NYPD Officer Gasperri, at the 52nd precinct located at 3016 Webster Avenue, Bronx, NY 10467 who was authorized to accept service of process on behalf of the aforementioned defendant, and mailed an additional copy to defendant at same address.

    I declare under penalty of perjury that the above information is true and accurate.

Dated: September 14, 2014

                                   Giovanni Pelaez
                                   Lic.# 1460399
                                   1357 Broadway #322
                                   New York, NY 10018



RECEIVED
SEP 18 2014
PRO SE OFFICE