Honorable Lorna G. Schofield  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York, 10007

January 19, 2015



Re: Keith Thompson v. Officer McEnery,  
Shield # 9432546, 14 civ.6509 (LGS)

Your Honor:

I am the Plaintiff in this entitled action, I am submitting the status letter in which you requested due by February 2, 2015.

At the present time Plaintiff and counsel for the Defendant have been exchanging paperwork related to discovery, which includes interrogatories, medical documentations and all productions of documents, counsel has sent me a letter for possible oral deposition, which he has not set a date for as of yet.

Plaintiff has also filed for Summary Judgment, in which counsel and the court already have in their possession. Plaintiff has had a couple of phone conversations regarding the current case with Defendants corporation counsel partner, but were unable to resolve this matter. We actually spoke upon the actual events that took place on the day of the incident and that was all.

Respectfully Submitted  
Plaintiff Pro-Se  
Keith Thompson

50-14 Broadway, Apt 4D  
Woodside, N.Y., 11377  
347-359-2663

*Keith Thompson*

C.C.  Asst. Corporation Counsel  
Joseph A. Marutollo  
Law Department  
100 Church Street  
New York, New York, 10007

Sworn to before me this 19th day January, 2015.

*Yvette A. Copeland*  
Notary Public

YVETTE A. COPELAND  
Notary Public, State of New York  
No. 01CO6190615  
Qualified in Kings County  
Commission Expires July 28, 20 16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Keith Thompson_

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

14 Civ. 6509 (LGS) ( )

- against -

_Officer McEnery, Badge #9432546_

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, _Keith Thompson_ (name), declare under penalty of perjury that I have served a copy of the attached _Status Letter_ (document you are serving) upon _Asst. Corporation Counsel Joseph A Marutullo_ (name of person served) whose address is _100 Church Street, New York, New York, 10007_ (where you served document) by _certified mail U.S. Postal Service_ (how you served document: For example - personal delivery, mail, overnight express, etc.).

Dated: _Queens_, _N.Y_
(town/city) (state)
_January_ _19_, 20_15_
(month) (day) (year)

Sworn to before me this 19th day January, 2015.

_Yvette A. Copeland_
Notary Public

Signature: _Keith Thompson_
Address: _50-14 Broadway, Apt-4D_
City, State: _Woodside, N.Y._
Zip Code: _11377_
Telephone Number: _347-359-2663_

YVETTE A. COPELAND
Notary Public, State of New York
No. 01CO6190615
Qualified in Kings County
Commission Expires July 28, 20_16_

Rev. 05/2007