UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

Kenneth Thompson,

                                                Plaintiff,        **NOTICE OF APPEARANCE**

          -against-

                                                                  14 Civ. 6509 (LGS)

Police Officer Merey, Shield #943546.,

                                                Defendant.

---------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that **Daniel G. Saavedra**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendant Officer McEnery.  I certify that I am admitted to practice before this Court.

Dated:        New York, New York
                 March 9, 2015

                                          ZACHARY W. CARTER
                                          Corporation Counsel of the City of New York
                                          *Attorney for defendant McEnery*
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 356-0892

                                          By:       /s/
                                                    Daniel G. Saavedra
                                                    Assistant Corporation Counsel

cc:       Keith Thompson, Plaintiff *Pro Se* (By First Class Mail)
            50-14 Broadway, Apt. 4D
            Woodside, NY 11377