UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

Kenneth Thompson,

                                  Plaintiff,

                -against-

Police Officer Merey, Shield #943546.,

                                Defendant.

**MOTION TO WITHDRAW AS ATTORNEY**

14 Civ. 6509 (LGS)

---------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that Joseph A. Marutollo hereby withdraws as counsel in the above-captioned action. After March 17, 2015, I will no longer be associated with the Corporation Counsel of the City of New York.

      Assistant Corporation Counsel Daniel Saavedra of the Corporation Counsel for the City of New York will continue to serve as counsel of record for defendant McEnery.

Dated:      New York, New York
                March 13, 2015

                                          ZACHARY W. CARTER
                                          Corporation Counsel of the City of New York
                                          100 Church Street, Room 3-168
                                          New York, New York 10007
                                          (212) 356-2334

                                          By:_____/s/_____
                                              Joseph A. Marutollo
                                             *Assistant Corporation Counsel*
                                             Special Federal Litigation Division