UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

Kenneth Thompson,

                              Plaintiff,        **MOTION TO WITHDRAW**

        -against-

                                                14 Civ. 6509 (LGS)

Police Officer Merey, Shield #943546.,

                              Defendant.

---------------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that Joseph A. Marutollo hereby withdraws as counsel in the above-captioned action.  After March 17, 2015, I will no longer be associated with the Corporation Counsel of the City of New York.

       Assistant Corporation Counsel Daniel Saavedra of the Corporation Counsel for the City of New York will continue to serve as counsel of record for defendant McEnery.

Dated:       New York, New York
                March 16, 2015

                                        ZACHARY W. CARTER
                                        Corporation Counsel of the City of New York
                                        Attorney for Defendants
                                        100 Church Street, Room 3-168
                                        New York, New York 10007
                                        (212) 356-2334

                                        By:        /s/
                                              Joseph A. Marutollo
                                              *Assistant Corporation Counsel*
                                              Special Federal Litigation Division