UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

Kenneth Thompson,

                                               Plaintiff,

                -against-

Police Officer Merey, Shield #943546.,

                                             Defendant.

**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW**

14 Civ. 6509 (LGS)

---------------------------------------------------------------------------x

I, Joseph A. Marutollo, hereby declare as follows:

1.    I am associated with the Corporation Counsel of the City of New York and am a member of the Bar of this Court. I respectfully request that I be permitted to withdraw my appearance in the above-captioned action for Defendant McEnery; after March 17, 2015, I will no longer be associated with the Corporation Counsel of the City of New York.

2.    Assistant Corporation Counsel Daniel Saavedra of the Corporation Counsel for the City of New York will continue to serve as counsel of record for Defendant McEnery.

3.    I am not retaining or charging a lien.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed at:    New York, New York
                      March 16, 2015

                                               By:    /S/
                                                      Joseph A. Marutollo